FILED
2013 Jun-28 PM 04:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **TESHIKA HOLMES, an individual,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No.:** |
| ) | **5:13-cv-00779-IPJ** |
| **FINANCIAL RECOVERY** ) | |
| **SERVICES, INC., a corporation;** ) | |
| ) | |
| **Defendant.** ) | |

### PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

**COMES NOW** Teshika Holmes, and respectfully requests this Honorable Court to accept Plaintiff's Notice of Dismissal with Prejudice against Defendant as follows:

1. The Plaintiff and Defendant have resolved their differences and desire that the claims against the Defendant be dismissed with prejudice, costs taxed as paid.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests this Honorable Court to Dismiss this case with prejudice against the Defendant.

Respectfully Submitted,

/s/ John G. Watts
**John G. Watts (ASB-5819-t82j)**
**M. Stan Herring (ASB-1074-n72m)**
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattsherring.com
stan@wattsherring.com

**Attorneys for Plaintiff**