FILED
2013 Jul-01 PM 02:13
U.S. DISTRICT COURT
N.D. OF ALABAMA



## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

TESHIKA HOLMES,

    Plaintiff,

vs.                                CASE NO. CV-13-J-779-NE

FINANCIAL RECOVERY SERVICES, INC.,

    Defendant.

## ORDER

The plaintiff having filed a notice of dismissal with prejudice (doc. 6) and the court having considered said stipulation and being of the opinion the same should be approved;

It is therefore **ORDERED** by the court that said stipulation is **APPROVED.** This case is **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs.

**DONE** and **ORDERED** this the 1st day of July, 2013.

_____
INGE PRYTZ JOHNSON
SENIOR U.S. DISTRICT JUDGE